UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    Case no:  **3:05-BK-03908-JAF**

**ARMISTER CLAY MYNES and**
**SONYA JEANETTE MYNES**
                                Debtors
_____

## <u>REPORT OF STANDING TRUSTEE</u>

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the

Court that:

1.  Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total

receipts were disbursed for the above named estate.  All disbursement checks have cleared the

trust account except payments to or intended for **WILSHIRE CREDIT CORPORATION, P**

**O BOX 8517, PORTLAND, OR  97207-8517, a secured claimant.**

2. More than 90 days have elapsed since the distribution of the final payment.  Pursuant to

11 U.S.C. Section 347, a check in the amount of **$1,875.60**, has been forwarded to the Clerk of

the Court, Tampa Division, 801 N. Florida Ave., Suite 727, Tampa, Florida 33602-3899 along

with a copy of this report.  The claimant entitled thereto is as shown above.

Respectfully submitted this 9th day of July, 2010.


/s/ Douglas W. Neway
_____
Douglas W. Neway, Trustee
Post Office Box 4308
Jacksonville, Florida 32201
Phone: (904) 358-6465
Fax: (904) 634-0038